UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EDMOND LOUIS,<br><br>                                    Petitioner,<br><br>v.<br><br>WARDEN, OTAY MESA DETENTION CENTER,<br><br>                                    Respondent. | Case No.:  3:26-cv-1247-CAB-BJW<br><br>**ORDER DISMISSING PETITION WITH LEAVE TO AMEND** |

Petitioner Edmond Louis, an immigration detainee proceeding pro se,[1] has filed a petition for a writ of habeas corpus pursuant to 8 U.S.C. § 2241.  [Doc. No. 1 ("Petition").] Petitioner alleges that he is unlawfully detained by Immigration and Customs Enforcement ("ICE") at the Otay Mesa Detention Center in San Diego, California.  [*Id*. at 1.]

The Court **DISMISSES** the petition with leave to amend because the Petition is missing crucial information for the Court to evaluate whether a response is warranted.  *See Kourteva v. I.N.S.*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is

---

[1] Petitioner may be interested in contacting Federal Defenders of San Diego to see if a Federal Defender can represent Petitioner in this matter.  The telephone number for Federal Defenders' San Diego Office is 619-234-8467 (Toll Free: 888-614-9867) and the El Centro Office is 760-335-3510 (Toll Free: 877-404-9063).

appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.")  For example, Petitioner alleges that he was detained by ICE as he was leaving court but no federal charges have been filed against him and he has no pending order of removal.  [*Id*.]  However, he includes no other information relevant to his Petition, such as how or when he entered the United States, when or under what conditions he was previously out of detention, why he was in court the date he was detained, or the current state of his immigration proceedings.

If Petitioner wishes to proceed with this case, he must file a First Amended Petition within thirty (30) days of the date of this Order.  The First Amended Petition must be complete in itself without reference to the original Petition.  Defendants not named and any claim not re-alleged will be considered waived.  *See* CivLR 15.1(a).

It is **SO ORDERED**.

Dated:  March 4, 2026

Hon. Cathy Ann Bencivengo
United States District Judge